NUMBER 13-05-276-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE TETRA APPLIED TECHNOLOGIES, L.P.
_________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez 
Per Curiam Memorandum Opinion




         Relator, TETRA Applied Technologies, L.P., filed a petition for writ of mandamus
and motion for emergency stay in the above cause on April 19, 2005. The Court,
having examined and fully considered the petition for writ of mandamus and the
motion for emergency stay, is of the opinion that relator has not shown itself entitled
to the relief sought. Accordingly, the motion for emergency stay and the petition for
writ of mandamus are DENIED. See Tex. R. App. P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 20th day of April, 2005.